UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA O'CONNELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  2:19-cv-01457 CKD<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding pro se and in forma pauperis under 28 U.S.C. § 1915.  Plaintiff has requested that the court seal ECF Nos. 1 and 5 and allow her to file redacted versions, because these documents display her Social Security number.  Although these documents are not available for public view on PACER, the court will grant plaintiff's request and allow her to file redacted versions of these documents pursuant to Local Rule 140(a). [1]

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Plaintiff's request to seal documents (ECF No. 22) is granted as follows:

　　　　2.  The Clerk of Court shall send plaintiff copies of the documents filed at ECF Nos. 1 and 5 in this action;

---

[1] For example, plaintiff may black out her Social Security number with ink wherever it appears in a document.

1

3. Plaintiff shall redact these documents to contain only the last four digits of her Social Security number and return them to the Clerk of Court;

4. Upon receiving the redacted documents, the Clerk of Court shall replace ECF Nos. 1 and 5 on the docket with the redacted versions.

Dated: April 30, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/oconnell 1457.redact