1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELISSA O'CONNELL,                          No.  2:19-cv-01457 CKD

12                 Plaintiff,

13        v.                                      ORDER TO SHOW CAUSE

14   ANDREW M. SAUL,
     Commissioner of Social Security,

15
                   Defendant.
16

17

18         Defendant has filed an answer in this action.  The docket reflects that defendant's answer

19   and a two-volume, paper copy of the Social Security Administrative Transcript in plaintiff's case

20   were served by mail on plaintiff on March 2, 2020.  (ECF No. 21.)  Pursuant to the scheduling

21   order, the time has now passed for plaintiff to file a motion for summary judgment and/or motion

22   for remand.  The parties were advised in the scheduling order that the court is not responsible for

23   reminding them of scheduling deadlines and that failure to adhere to the schedule may result in

24   sanctions, including dismissal.  L.R. 110.  Plaintiff also was advised that plaintiff has an

25   affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for

26   lack of prosecution.  Fed. R. Civ. P. 41(b).

27   /////

28   /////

1      Accordingly,  IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later

2    than fourteen days from the date of this order, why this action should not be dismissed for failure

3    to prosecute.

4    Dated:  June 8, 2020

5    _____
     CAROLYN K. DELANEY
6    UNITED STATES MAGISTRATE JUDGE

7

8

9    2/oconnell1457.osc.nomsj

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28