UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA O'CONNELL,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KAJIKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-01457 MCE CKD (SS)<br><br>ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE |

This action was administratively stayed on August 6, 2020 because plaintiff, who is proceeding pro se, was having difficulty prosecuting this action during the Covid-19 shutdown. (ECF No. 30.)

Nearly fourteen months later, society has largely reopened and plaintiff has had ample time to prepare her case. Therefore, the court now lifts the administrative stay in this action.

As previously noted, defendant's answer to the complaint and the Social Security Administrative Transcript in plaintiff's case were served by mail on plaintiff on March 2, 2020. (ECF No. 21.) Pursuant to the scheduling order (ECF No. 9), the next step is for plaintiff to file a motion for summary judgment and/or motion for remand. The parties were advised in the scheduling order that failure to adhere to the schedule may result in sanctions, including dismissal. L.R. 110. Plaintiff also was advised that she has an affirmative duty to prosecute this

1

action, and that failure to do so may result in a dismissal for lack of prosecution.  Fed. R. Civ. P. 41(b).

Accordingly,  IT IS HEREBY ORDERED that:

1. The Clerk of Court shall lift the administrative stay in this action;

2. **Within 45 days after service of this order**, the plaintiff shall file the motion for summary judgment;

3. **Within 45 days after service of plaintiff's opening brief**, the defendant shall file the responsive brief;

4. **Within 15 days after filing of defendant's brief**, the plaintiff shall file the optional reply brief;

5. Motions for attorney fees shall be filed within 30 days after entry of final judgment.

6. All references to the record and all assertion of fact must be accompanied by citations to the record. The opening and responsive brief shall contain the following:

(a) A description of the plaintiff's alleged physical or emotional impairments, including when the plaintiff contends the impairments became disabling, and how these impairments disable the plaintiff from work;

(b) A summary of all relevant medical evidence, including an explanation of the significance of clinical and laboratory findings and the purpose and effect of prescribed medication and therapy;

(c) A summary of the relevant testimony at the administrative hearing;

(d) A recitation of the defendant's findings and conclusions relevant to the plaintiff's claims;

(e) A short, separate statement of each of the plaintiff's legal claims stated in terms of the insufficiency of the evidence to support findings of fact or reliance upon an erroneous legal standard; and

(f) Argument separately addressing each claimed error. Argument in support of each claim of error must be supported by citation to legal authority and explanation of the application of such authority to the facts of the particular case. **Briefs that do not substantially**

**comply with these requirements will be stricken.**

7. Requests for modification of this briefing schedule **will not** routinely be granted. Any such request must be made by written stipulation or motion and will be granted only for good cause. A request for a modification brought on the filing deadline, will be looked upon with disfavor. Local Rule 144(d).

8. Violations of this order or of the federal rules of procedure or the Local Rules may result in sanctions pursuant to Local Rule 110.

Dated:  September 29, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/oconnell1457.liftstay+so

3